FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| K. L. STEVENS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TITLE MAX, a/k/a TMX,<br><br>　　　　　　Defendant. | No. 2:23-CV-00359-ACE<br><br>ORDER DISMISSING<br>WITHOUT PREJUDICE |

By Order filed December 11, 2023, the Plaintiff was directed to pay the full filing fee. Plaintiff has consented to proceed before a magistrate judge by operation of Local Magistrate Judge Rule (LMJR) 2(b)(2) as no party returned a Declination of Consent Form to the Clerk's Office by the established deadline. *See* ECF No. 4. There has been no response to the Court's Order. Accordingly, **IT IS ORDERED:**

　　1.　　Plaintiff's Complaint is **DISMISSED** without prejudice.

　　2.　　Plaintiff is required to provide notice of the dismissal to any and all Defendant(s) he/she served with a copy of the Complaint and Summons.

District Court Executive is directed to file this Order and provide a copy to Plaintiff.

DATED February 5, 2024.



　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES A. GOEKE
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING WITHOUT PREJUDICE - 1